JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNCANS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:20-cv-4226<br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

<2>
<3>
<4>
<5>
<6>
<7>
<8>
<9>
<10>
<11>
<12>
<13>
<14>
<15>
<16>
<17>
<18>
<19>
<20>
<21>
<22>
<23>
<24>
<25>
<26>
<27>
<28>
Case 2:20-cv-04226-SVW-SK   Document 25   Filed 10/29/20   Page 2 of 2   Page ID #:254
</28>
</27>
</26>
</25>
</24>
</23>
</22>
</21>
</20>
</19>
</18>
</17>
</16>
</15>
</14>
</13>
</12>
</11>
</10>
</9>
</8>
</7>
</6>
</5>
</4>
</3>
</2>

# ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: _October 29_, 2020           _____

The Honorable Stephen V. Wilson

United States District Court Judge